QUINN EMANUEL URQUHART &
SULLIVAN LLP

Sam S. Stake (Bar No. 257916)
samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:(415) 875-6600
Facsimile: (415) 875-6700

Michael F. LaFond (Bar No. 303131)
michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

*Attorneys for Babybus Co., Ltd. and
BabyBus (Fujian) Network
Technology Co., Ltd.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BABYBUS CO., LTD. and BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD.,<br><br>Defendants. | CASE NO. 2:22-mc-00203<br><br>**BABYBUS' NOTICE OF MOTION TO ENFORCE SUBPOENAS**<br><br>Hearing Date: TBD by Court if Needed |

PLEASE TAKE NOTICE that Babybus Co., Ltd. and Babybus (Fujian) Network Technology Co., Ltd., ("Babybus") will, and hereby does, move to compel compliance with subpoenas served on Jay Jeon and Susan Jeon (the "Jeons") at a date and time to be determined by the Court.  The application is based on this Notice of Motion, the parties' Joint Stipulation regarding the Motion filed concurrently therewith, and all materials incorporated or relied upon in it, the Declaration of Michael F. LaFond, and the exhibits attached thereto, the Declaration of Molly M. Lens, and the exhibits attached thereto, matters of which this Court may take judicial notice, and any and all other materials the Court deems proper.

DATED:  October 18, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____

Sam S. Stake (Bar No. 257916)
samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

*Attorneys for Babybus Co., Ltd. and Babybus (Fujian) Network Technology Co., Ltd.*